UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 10-MB-3095 |
| | ) | MAGISTRATE JUDGE BROWN |
| DANIEL GREEN | ) | |

## MOTION FOR DETENTION

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, and requests a hearing pursuant to 18 U.S.C. § 3142(f)(1)(A), which mandates a hearing upon motion of the government in a case that involves a crime of violence.

In this case, the defendant is charged with violations under chapter 110 for production of child pornography in violation of 18 U.S.C. § 2251. Pursuant to 18 U.S.C. § 3156(a)(4)(C), the term "crime of violence," as used in 18 U.S.C. § 3142, includes any felony under chapter 109A, 110, or 117.

The government further moves that this defendant be detained unless he is able to overcome the rebuttable presumption, pursuant to 18 U.S.C. § 3142(e), that no conditions, or combination of conditions, will reasonably assure his presence in court or the safety of the community, if this Court finds that there is probable cause to believe that the defendant committed an offense under 18 U.S.C. 2251.

The government further moves for a continuance of three days in order to prepare for the detention hearing.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee

*S. Carran Daughtrey*
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on defense counsel on this, the 26th day of April, 2010.

*S. Carran Daughtrey*
S. Carran Daughtrey